UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
B.M. and T.M., on behalf of
their minor child,

                Plaintiffs,                20 **CIVIL** 2192 (KMK)

     -against-                               **JUDGMENT**

PLEASANTVILLE UNION FREE SCHOOL
DISTRICT,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2021, Plaintiffs' Motion is denied and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
           September 24, 2021

                                                                  **RUBY J. KRAJICK**

                                                                     Clerk of Court
                                         BY:
                                                                      Deputy Clerk